UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-383 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAY TODY,<br>Defendant,<br>and<br>RANDALL STATE BANK,<br>Garnishee. | ) | ANSWER OF THE GARNISHEE<br>(NON-EARNINGS) |

Randall State Bank, being duly sworn, deposes and says:

**If Garnishee is an individual:**

That he/she is Garnishee herein doing business in the name of Randall State Bank.
(Provide full name and address of business)

**If Garnishee is a partnership:**

That he/she is a member of ______________________,
(Full name/address of partnership)

a partnership, of which Garnishee is a partner.

**If Garnishee is a corporation:**

That he/she is the Operations Mgr. (Title) of Garnishee, Debbie L. Bell (Full name/ PO Box 99, Randall MN 56475, address of corporation), a corporation, organized under the laws of the State of Minnesota.

SCANNED
SEP 22 2004
U.S. DISTRICT COURT MPLS

On Sept 3rd, 2004, Garnishee was served with the Writ of Garnishment. If, **as of the date of service of said Writ**, Garnishee was in custody, control of possession of non-earnings' property in which the above-named defendant has financial or legal interest, proceed to Number 1 below. If, as of the date of service of said Writ, Garnishee was not in custody, control or possession of such property, sign, date, notarize, and return this Answer of the Garnishee.

1. For non-earnings' property presently in your custody, control or possession, indicate:

| Description of Property | Value of Property | Debtor's Interest in Property |
|---|---|---|
| Checking | $ Ø | |
| | | |
| | | |

**Total Value of Property** $ Ø

2. If the non-earnings' property listed above is currently subject to previously-served garnishments or court orders, provide the information requested below: (If the noted non-earnings' property is not currently subject to any previously-served garnishments/orders, write "$0.00" on the "Total Due Under Previously-Served Garnishments/Orders" line below.)

| Description of Previously-Served Garnishment/Order | Amount Due Under Previously-Served Garnishment/Order |
|---|---|
| | $ |
| | $ |
| | $ |

**<u>Total</u> Due Under Previously-**
**Served Garnishments/Orders** $ ______________

3. Determine the extent to which the non-earnings' property presently in your custody, control or possession is available for this garnishment:

a. Enter the amount listed on the "Total Value of Property" line in Number 1 above. $ ___Ø___

b. Enter the amount listed on the "Total Due Under Previously-Served Garnishments/Orders" line in Number 2 above (including "$0.00"). $ ___Ø___

c. **Current Non-Earnings' Property Available for this Garnishment** (subtract line "b" from line "a") $ ___Ø___

If you do <u>not</u> claim an exemption, objection, defense or set-off against the amount stated on Line "c" above, you must now retain that amount, up to the total debt balance due as set forth in the Writ of Garnishment, pending further order of the Court. (Note, the debtor is responsible under this garnishment for <u>all</u> interest that accrues on this debt through the date on which payment in full is sent to the defendant.)

If you do contend that some portion of the amount listed on Line "c" above is not subject to this garnishment, indicate the reason(s) for your contention:

_____The Garnishee claims, on behalf of the judgment debtor, the exemption noted on Line ______ of the Claim for Exemption Form. The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $ ____________.

_____The Garnishee claims the following objection, defense or right to set-off from the non-earnings' property available for this garnishment: ______________________________________. The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $________________.

---------------------------------------------------------------------

The Garnishee mailed a copy of the Answer of Garnishee, by first-class mail, to:

Counsel for United States at:
United States Attorney's Office
Att: Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

The Debtor, at:

Jay Tody
22956 95th Avenue
Randall, MN 56475

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

[signature]
Garnishee

SUBSCRIBED and SWORN to before me this

9th day of September, 2004.

[signature]
NOTARY PUBLIC

JULIE ... 
... Minnesota
Jan. 31, 2005

**U.S. Department of Justice**

RECEIVED
04 SEP 22 PM 2:17
CLERK ... MINNEAPOLIS

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

September 22, 2004

District Clerk of Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: United States v. Jay Tody
Civil No. 01-383 DWF/RLE

Dear Clerk of Court:

Enclosed please find the original Answer of the Garnishee, which was sent to our office by mistake. If you have any questions, please contact me at 612-664-5662.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

BY: JESSICA A. SCOTT
Financial Litigation Agent