UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-383 (DWF/RLE)

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAY TODY,

Defendant,

RANDALL STATE BANK,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank account.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on September 3, 2004, is hereby released.

Dated: September 24, 2004

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge